AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___05 - 172___

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___4___ COPIES OF AO FORM 85.

___3/21/05___  ___Stephen J. Zane___
(Date forms issued)   (Signature of Party or their Representative)

___Stephen J. Zane___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action