IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLEEN HILLS | : | CASE NO. |
| 514 Tryens Road | : | |
| Aston, PA 19014 | : | |
|                 Plaintiff | : | |
| | : | |
|   v. | : | |
| | : | |
| LORENZO ROMERO-SANCHEZ | : | |
| 716 Berry Road | : | |
| Wilmington, DE 19810 | : | |
|     and | : | |
| LINDA PULLMAN | : | |
| 716 Berry Road | : | |
| Wilmington, DE 19810 | : | |
|     and | : | |
| BJORN M. HAGLID | : | |
| 101 Stone Tower Lane | : | |
| Wilmington, DE 19803 | : | |
|                 Defendants | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice Thomas F. Sacchetta, Esquire to represent plaintiff, Colleen Hills, in the above captioned matter.

                                                              /s/ Timothy Rafferty
                                                              Timothy Rafferty, Esquire
                                                              P.O. Box 627
                                                              Hockessin, DE 19707
                                                              (302) 239-2305
                                                              Email: shouldbeajudge@aol.com
                                                              Attorney ID No. 185
Date: _____                Attorney for plaintiff

## ORDER GRANTING MOTION

_____IT IS HEREBY ORDERED that counsel's Motion for Pro Hac Vice is granted.

Date: _____                _____
                                                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLEEN HILLS | : | CASE NO. |
| 514 Tryens Road | : | |
| Aston, PA 19014 | : | |
|       Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| LORENZO ROMERO-SANCHEZ | : | |
| 716 Berry Road | : | |
| Wilmington, DE 19810 | : | |
|   and | : | |
| LINDA PULLMAN | : | |
| 716 Berry Road | : | |
| Wilmington, DE 19810 | : | |
|   and | : | |
| BJORN M. HAGLID | : | |
| 101 Stone Tower Lane | : | |
| Wilmington, DE 19803 | : | |
|       Defendants | : | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing of the Bar of State of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Respectfully submitted,

By: /s/ Thomas F. Sacchetta
THOMAS F. SACCHETTA, ESQUIRE
Sacchetta & Baldino
308 East Second Street
Media, PA 19063
(610) 891-9212
Email: tom@sbattorney.com
Attorney for plaintiff