AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

COLLEEN HILLS

**SUMMONS IN A CIVIL CASE**

V.

LORENZO ROMERO-SANCHEZ, LINDA
PULLMAN and BJORN M. HAGLID

CASE NUMBER: 05 - 172

TO: (Name and address of Defendant)

3 24

BJORN M. HAGLID
101 Stone Tower Lane
Wilmington, DE 19803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas F. Sacchetta, Esquire
Sacchetta & Baldino
308 East Second Street
Media, PA 19063
(610) 891-9212

Timothy Rafferty, Esquire
P.O. Box 627
Hockessin, DE 19707
(302) 239-2305

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

MAR 21 2005

CLERK  /s/ Monica Morley

DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4-5-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| CLIFF RICHWAY JR | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-5-05
            Date

*Signature of Server*

METRO FILING SERVICES, INC.
2021 ARCH STREET, 3rd FLOOR
PHILADELPHIA, PA 19103

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure