AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

COLLEEN HILLS

**SUMMONS IN A CIVIL CASE**

V.

LORENZO ROMERO-SANCHEZ, LINDA
PULLMAN and BJORN M. HAGLID

CASE NUMBER: 05 - 172

TO: (Name and address of Defendant)  3-29

LINDA PULLMAN
716 Berry Road
Wilmington, DE 19810

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas F. Sacchetta, Esquire
Sacchetta & Baldino
308 East Second Street
Media, PA 19063
(610) 891-9212

Timothy Rafferty, Esquire
P.O. Box 627
Hockessin, DE 19707
(302) 239-2305

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    MAR 21 2005

CLERK _Monica Mosley_                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3-31-05 |
| NAME OF SERVER (PRINT) CLIFF RICHWAY JR | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 716 Berry Rd, Wilmington DE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on   3-31-05
                    Date              Signature of Server

METRO FILING SERVICES, INC.
2021 ARCH STREET, 3rd FLOOR
PHILADELPHIA, PA 19103

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure