IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLEEN HILLS, | ) | C. A. NO.: 05-172 JJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | ARBITRATION CASE |
| v. | ) | |
| | ) | |
| LORENZO ROMERO-SANCHEZ., | ) | TRIAL BY JURY OF |
| LINDA PULLMAN and | ) | TWELVE DEMANDED |
| BJORN M. HAGLID, | ) | |
| | ) | |
| Defendants | ) | |

**CERTIFICATION OF SERVICE**

I, Nicholas E. Skiles, Esquire, hereby certify that on this 6th day of June, 2005, that defendant Bjorn M. Haglid's Answer to Plaintiff's Complaint were filed electronically and mailed via first class mail, postage pre-paid to:

Timothy Rafferty, Esquire
P.O. 609
Hockessin, DE 19707

SWARTZ CAMPBELL LLC

*/s/Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorneys for Defendant Bjorn M. Haglid