UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| COLLEEN HILLS, | : |
| | : C.A. No. 05-172 (JJF) |
| Plaintiff, | : |
| v. | : 12 JUROR TRIAL DEMANDED |
| | : |
| LORENZO ROMERO-SANCHEZ, | : |
| LINDA PULLMAN, and | : |
| BJORN HAGLID, | : |
| | : |
| Defendants. | : |

### SUBSTITUTION OF COUNSEL

Please substitute the appearance of Richard D. Abrams, Esquire, as attorney for defendants Lorenzo Romero-Sanchez and Linda Pullman and withdraw the appearance of Steven F. Mones, Esquire for defendants Lorenzo Romero-Sanchez and Linda Pullman.

BY: /s/ *Steven F. Mones*
Steven F. Mones, Esquire  (I.D. #2611)
Biggs & Battaglia
921 North Orange Street
P. O. Box 1489
Wilmington, DE  19899-1489

BY: /s/ *Richard D. Abrams*
Richard D. Abrams, Esquire  (I.D. #2968)
Heckler & Frabizzio
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE  19899-0128

Doc. 289080 / File 16656

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| COLLEEN HILLS, | : |
| | : C.A. No. 05-172 (JJF) |
| Plaintiff, | : |
| v. | : 12 JUROR TRIAL DEMANDED |
| | : |
| LORENZO ROMERO-SANCHEZ, | : |
| LINDA PULLMAN, and | : |
| BJORN HAGLID, | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Richard D. Abrams, Esquire, of Heckler & Frabizzio, do hereby certify that on the 12th day of April, 2006, a Substitution of Counsel for Defendants Lorenzo Romero-Sanchez and Linda Pullman was filed electronically and mailed via first class mail, postage prepaid to the following attorneys of record:

Timothy M. Rafferty, Esquire
P. O. Box 609
Hockessin, DE 19707

Thomas F. Sacchetta, Esquire
Sacchetta & Baldino
308 E. Second Street
Media, PA 19063

Nicholas E. Skiles, Esquire
Swartz, Campbell, LLC
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19899

/s/ Richard D. Abrams (#2968)
Richard D. Abrams, Esquire

Date: April 12, 2006