EXHIBIT "A"

EXHIBIT "A"

```
 5   BJORN HAGLID,              :   C.A. NO.
                                :
 6                 Plaintiff,   :   04C-07-192 (JRS)
                                :
 7        v.                    :
                                :   ORIGINAL
 8   LOR LINDA PULLMAN,         :
 9                              :
                Defendants.     :
10
11                      June 1, 2005
12
13
                 Arbitration hearing in the
14   above matter, held in the offices of
     Rosenthal, Monhait, Gross & Goddess, Suite
15   1401, 919 North Market Street, Wilmington,
     Delaware 19801, beginning at 10:14 a.m., on
16   the above date, before Shenna M. Basye-Cara,
     a Professional Reporter and a Notary Public
17   in the State of Delaware.
18
19
20
              ESQUIRE DEPOSITION SERVICES
22         Suite 760, One Commerce Center
                12th & Orange Streets
23            Wilmington, Delaware 19801
                   (302) 426-9857
24
```

A

the instant motion. Second, ......... Plaintiff's mailings of his Notices
reasonable attempt to effect service. Plaintiff's mailings of his Notices
of Lawsuit and Request for Waiver (the "Requests for Waiver") (D.I. 11,
Ex. B) to the Government were not reasonable because the waiver option of
Rule 4(d) does not apply to the United States. Fed.R. Fed. P. 4(d)(2);

http://www.loislaw.com/pns/gcdocview.htp?gcdockey=696664@F3CASE&gcrestype=0&respage=25&hides...    4/17/06

4

```
 1                      - - -
 2              LINDA PULLMAN, after having
 3      been duly sworn, was examined and
 4      testified as follows:
 5                      - - -
 6                   EXAMINATION
 7                      - - -
 8  BY MR. ROSEMAN:
 9           Q.    Where did you live on
10  March 23, 2003?
11           A.    716 Berry Road, Wilmington,
12  Delaware.  B-E-R-R-Y.
13           Q.    Who did you live there with?
14           A.    At -- what date was that?
15           Q.    March 23, 2003.
16           A.    From what I remember, in all
17  actuality, I was living there by myself at
18  that time.
19           Q.    Did you have a relationship
20  with the codefendant?
21           A.    Yes, I did.
22           Q.    What was the nature of the
23  relationship?
24           A.    It was completely and --
```

```
 2   have resided together.  During the course of
 3   that time his wife was on her way, coming
 4   here.  She had never been here, but she was
 5   coming here.  And even though him and I had
 6   an extramarital affair -- or he had an
 7   extramarital affair, we knew she was coming
 8   and I think at that point he had returned to
 9   living back in New Castle.
10          Q.     When was the last time you
11   recall living with the codefendant?
12          A.     I honestly don't remember.  It
13   at various points was tumultuous and -- so I
14   really, honestly couldn't tell you.
15          Q.     Did the codefendant own a
16   motor vehicle?
17          A.     I believe.  Yeah.
18          Q.     Do you know what type of motor
19   vehicle he owned?
20          A.     I don't remember.
21          Q.     Did he own a motor vehicle on
22   March 23, 2003?
23          A.     From what I remember, uh-huh.
24          Q.     Did you own a motor vehicle on
```

17

1    THE ARBITRATOR:  There may be
2 an opportunity to clarify something.
3 I'm sorry.
4    MR. MONES:  That's okay.
5    MS. PULLMAN:  It's all right.
6    THE ARBITRATOR:  I shouldn't
7 say language barrier, but I don't
8 speak Spanish.  Mr. Roseman, I guess
9 you don't speak Spanish either.
10    MR. ROSEMAN:  No.
11            -   -   -
12    LORENZO ROMERO-SANCHEZ after
13 having been duly sworn through the
14 interpreter, was examined and
15 testified as follows:
16            -   -   -
17           EXAMINATION
18            -   -   -
19 BY MR. ROSEMAN:
20    Q.    What is your full name?
21    A.    Lorenzo Sanchez Romero.
22    Q.    Where were you living on
23 March 22, 2003?
24    A.    In Newark, Delaware.

```
 3            A.      Yes.  We had an intimate
 4   relationship and sometimes I stayed at her
 5   house.
 6            Q.      When was the last time you had
 7   stayed at her house?
 8            A.      I don't remember the exact
 9   date.  We did have some difficult times
10   because of the accident, but I remember that
11   month and it could have been March.
12            Q.      During the course of your
13   relationship with the codefendant, would you
14   lie to her on a regular basis?
15                MR. MONES:  Objection.  Before
16         he answers, I want a ruling.  Is
17         that -- that is -- that's an
18         irrelevant and prejudicial question.
19                THE ARBITRATOR:  Well, of
21         he did lie frequently.
22                MS. PULLMAN:  Regarding women.
23                MR. ROSEMAN:  I also think his
24         credibility in this case is --
```

Doc. 289923