# EXHIBIT "B"

EXHIBIT "B"

# STATE OF DELAWARE UNIFORM TRAFFIC COLLISION REPORT

☐ REPORTABLE PROPERTY DAMAGE ☐ NON-REPORTABLE ☐ LATE REPORT ☐ HAZ/MAT. ☐ COMM. VEH.
☒ PERSONAL INJURY 2/2
☐ FATALITY

TROOP/DEPARTMENT: T-1 /DSP
COMPLAINT NO.: 01-03-32156
SP HQ. NO. (LEAVE BLANK): 0006607

| 3. MON.-DATE-YEAR | 4. DAY | 5. TIME OCCURRED | 6. NOTIFIED | 7. ARRIVED | 8. GRID NO. | 9. SECTOR | 12. LIGHT CONDITION |
|---|---|---|---|---|---|---|---|
| 1/23/03 | SU | 0210 | 0211 | 0213 | 112 1368 | 12 | 21 |

10. NUMBER & NAME OF STREET OR HIGHWAY - CTY. RTE. NO. - INTERSECTING WITH STREET OR ROAD - CTY. RTE. NO.: DE 261 Foulk Rd CR 203 • Weldin Rd CR 215

13. WEATHER CONDITION: 26

11. NON. INTSECT. — FEET [redacted] MILES [redacted] OF: INTERSECTING WITH STREET OR ROAD - CTY. RTE. NO.: N/A

14. SURFACE CONDITION: 27

16. PRIM. CONTRIB. CIRCUM.: 16
8. SPEED TOO FAST 9. FAIL TO YIELD ROW 10. PASSED STOP SIGN 11. DISREGARD TRAFFIC SIGNAL 12. DROVE LEFT OF CENTER 13. IMPROPER PASSING 14. FOLLOWING TOO CLOSE 15. MADE IMPROPER TURN 16. DRIVING UNDER INFLUENCE 17. MECH. DEFECT

15. TRAFFIC CONTROL: 32 FUNCT. PROPER: 1

| 17. COLLISION INVOLVED | 18. ON RDWY. | 19. EMERG. RESPON. | 20. MILES | IN/OF | CITY OR TOWN | 21. CTY. | 22. CODE | 23. MILE POINT |
|---|---|---|---|---|---|---|---|---|
| 37 | 1 | 2 | .8 | OF | Wilmington | N | | . |

| | NO. 1 | NO. 2 |
|---|---|---|
| 24. NAME (LAST, FIRST, M.I.) | Hoglid Bjorn M | Romero-Sanchez Lorenzo |
| 25. STREET ADDRESS | 101 Stone Tower Ln | UNK |
| 26. CITY | Wilm | UNK |
| 27. STATE | DE | U |
| 28. ZIP | 19803 | N |
| 29. PHONE | 654-3053 | K |
| 30. DRIVERS LICENSE NO. | 888425 | UNK |
| 31. STATE | DE | U |
| 32. DOB | 021565 | N |
| 33. AGE | 38 | K |
| 34. SEX | M | M |
| 35. SOBRIETY | 51 | 3 |
| 36. TESTED | 1 | 2 |
| 37. TYPE | 54 | 4 |
| RESULT 0. % | Pend | Unk |
| TEST NUMBER | P 0267 | — |
| 38. VEHICLE YR. | 02 | 82 |
| 39. VEHICLE MAKE | Nissan | Ford |
| 40. MODEL | Frontier | P/U |
| 41. BODY STYLE | 57 | 57 |
| 42. REGISTRATION NO. | C107562 | CL56203 |
| 43. STATE | DE | DE |
| 44. COLOR | Silver | Blu |
| 45. DAMAGE | $ 5000.00 | $ 2000.00 |
| 46. TRAILERS | 0 | 0 |
| 47. VEHICLE/TRACTOR OWNER: LAST, FIRST, M.I. | S. A. A. | Pullman Linda M |
| 48. STREET, CITY, STATE | | 716 Berry Rd Wilm DE 19810 |
| 49. INSURANCE COMPANY / NUMBER | American Ind PA02 000673182 | UNK / UNK |
| 50. CHARGE/SECTION NO. | DUI Alcohol 21/4177a | Pending |
| 51. ARREST NO. | SPS66812 | Pending |
| 52. TOWED BY | Jack | Jock |
| TO | Smith | Smith |

1. REAR 2. PASSING 3. ANGLE 4. RIGHT TURN 5. RIGHT TURN 6. HEAD ON 7. SIDESWIPE 8. INDICATE OBJECT 9. LEFT TURN 10. LEFT TURN 11. OTHER




53. (vehicle damage diagrams: 1 2 3 4 5 6 7 9 10 12 14 15)

CODE | WITNESS INFORMATION: (NAME, ADDRESS, PHONE NO., LOCATION)

55. No Witnesses

V-1 was turning from W/B Weldin Rd onto S/B Foulk Rd.
V-2 was traveling N/B Foulk Rd approaching Weldin Rd
V-2's frontend struck V-1's driver side front end
approx. 28' E/O W.E.O.R. and 57' S/O N.E.O.R
For POI.
FRP. V-1 rotated approx 90° coming to rest
approx. 24' E/O W.E.O.R and 33' S/O N.E.O.R.
FRP V-2 continued to travel approx. 25' W/O POI
coming to rest approx 3' E/O WEOR and 33' S/O N.E.O.R.

GENERAL: 1. YES 2. NO 3. UNKNOWN 4. N/A 5. PENDING 6. NONE 7. OTHER
12. LIGHT COND.: 18. DAYLIGHT 19. DAWN/DUSK 20. DARK/LIT 21. DARK/UNLIT
13. WEATHER: 22. CLEAR 23. RAIN 24. SNOW/SLEET 25. FOG 26. CLOUDY
14. SURFACE: 27. DRY 28. WET 29. SNOWY 30. ICY
15. CONTROLS: 31. STOP SIGN 32. STOP & GO LIGHT 33. YIELD SIGN 34. WARNING SIGN 35. LANE MARKINGS 36. FLASHING SIGNAL
17. COLLISION INVOLVED: 37. MV IN TRANSPORT 38. NON-COL. OVERTURN 39. MV ON OTHER RDWY 40. PEDESTRIAN 41. PARKED VEHICLE 42. RAILROAD TRAIN 43. PEDALCYCLIST 44. ANIMAL 45. FIXED OBJECT* 46. OTHER OBJECT* 47. OTHER NON-COLLIS.
35. SOBRIETY: 48. NOT DRINKING 49. HBD NOT IMPAIRED 50. HBD IMPAIRMENT UNK 51. UNDER THE INFLUENCE
32. TYPE: 52. PBT 53. BREATH 54. BLOOD 55. URINE
41. BODY STYLE: 56. PASSENGER CAR 57. PICK-UP TRUCK 58. VAN/PANEL TRUCK 59. FARM VEHICLE 60. MOTORCYCLE 61. BUS 62. SCHOOL BUS 63. 6 WHEEL TRUCK 64. 10 WHEEL TRUCK 65. TRACT. & SEMI. TR.(S)

| 56. INVESTIGATING OFFICER | RANK | I.D. NUMBER | 57. SUPERVISOR'S APPROVAL DATE | 58. REVIEWER | 59. |
|---|---|---|---|---|---|
| Andrew J. Hudack | Tpr. | 3366 | [signature] 2118 3/24/03 | 9/1511 | PAGE 1 OF 4 |

FORM 438 REV. 1/88

B

| | |
|---|---|
| 24. NAME LAST FIRST M.I. NO. 3 | 24. NAME LAST FIRST M.I. NO. 4 |
| 25. STREET ADDRESS | 25. STREET ADDRESS |
| 26. CITY / 27. STATE / 28. ZIP / 29. PHONE | 26. CITY / 27. STATE / 28. ZIP / 29. PHONE |
| 30. DRIVERS LICENSE NO. / 31. STATE / 32. CODE / 33. AGE / 34. SEX M F | 30. DRIVERS LICENSE NO. / 31. STATE / 32. DOB / 33. AGE / 34. SEX |
| 35. SOBRIETY / 36. TESTED / 37. TYPE / RESULT 0. ____% / TEST NUMBER | 35. SOBRIETY / 36. TESTED / 37. TYPE / RESULT 0. ____% / TEST NUMBER |
| 38. VEHICLE YR. / 39. VEHICLE MAKE / 40. MODEL / 41. BODY STYLE | 38. VEHICLE YR. / 39. VEHICLE MAKE / 40. MODEL / 41. BODY STYLE |
| 42. REGISTRATION NO. / 43. STATE / 44. COLOR / 45. DAMAGE $ / 46. TRAILERS 0 1 2 3 | 42. REGISTRATION NO. / 43. STATE / 44. COLOR / 45. DAMAGE $ / 46. TRAILERS 0 1 2 3 |
| 47. VEHICLE/TRACTOR OWNER: LAST FIRST M.I. | 47. VEHICLE/TRACTOR OWNER: LAST FIRST M.I. |
| 48. STREET CITY STATE | 48. STREET CITY STATE |
| 49. INSURANCE COMPANY NUMBER | 49. INSURANCE COMPANY NUMBER |
| 50. CHARGE/SECTION NO. / 51. ARREST NO. | 50. CHARGE/SECTION NO. / 51. ARREST NO. |

52. NO. 3 TOWED BY:

TO:

53.



USE THIS SPACE FOR SKETCHING DAMAGE TO TRAILERS, MOTORCYCLES, ETC.

N/A

000607

52. NO. 4 TOWED BY:

TO:

53.



A- POI approx. 28' E/o W.E.O.R and 57' S/o N.E.O.R.

B. FRP V-1 rotated approx 90° 24' E/o WEOR and 33' S/o NEOR

C- FRP V-2 3' E/o WEOR and 33' S/o NEOR

*.8m N/o Wilmington*




DIAGRAM OF COLLISION Not Drawn to Scale

PAGE 2 OF 4

☒ 60. CONTINUATION

☐ 80. SUPPLEMENT

INITIAL REPORT DATE

OPERATOR #1

OPERATOR #2

# STATE OF DELAWARE UNIFORM TRAFFIC COLLISION REPORT CONTINUATION/SUPPLEMENT

T-1 / DSP
TROOP/DEPARTMENT

1. COMPLAINT NUMBER: 01-03-32156

2. DSP HQ. NO. (LEAVE BLANK): C00607

CODE | 55.

OP-1 stated he was stopped for a red light at Waldin Rd and Faulk Rd. OP-1 stated his traffic light turned green and he proceeded through the intersection. OP-1 stated V-2 ran the red light and struck his vehicle in the intersection. OP-1 stated he had to climb through the window to exit his vehicle. Upon exiting his vehicle OP-1 looked for OP-2, however, OP-2 had fled the scene. See AIR for further details.

OP-2 Fled the scene on foot prior to my arrival.

OP-1 and his passenger was transported to WER by ambulance.

Tpr. Owens responded to 916 Berry Rd and contacted Pullman, Linda the owner of V-2. Pullman, Linda stated she let her boy friend Romero-Sanchez Lorenzo use the vehicle. Pullman, Linda left a message on Tpr. Owens voice mail stating she had talked with Romero-Sanchez, Lorenzo on 032303. Pullman Linda stated her boy friend did not have any injuries and he had fallen asleep at a friends house when someone had taken the vehicle.

Supplement to follow upon contact with Operator.

Attempts were made to contact Pullman, Linda at her residence but no one answered the door.

| 56. INVESTIGATING OFFICER | RANK | I.D. NUMBER | 57. SUPERVISOR'S APPROVAL DATE | 58. REVIEWER | 59. |
|---|---|---|---|---|---|
| Andrew J. Hudak | Tpr. | 3366 | [signature] 2118 3/24/03 | | PAGE 3 OF 4 |

FORM 439 A REV. 10/87

60. CONTINUATION

☐ 80. SUPPLEMENT

INITIAL REPORT DATE

OPERATOR #1

OPERATOR #2

# STATE OF DELAWARE
## UNIFORM TRAFFIC
## COLLISION REPORT
## INJURY INFORMATION

T-1 /DSP
TROOP/DEPARTMENT

COMPLAINT NUMBER 01-03-32156

DSP HQ. NO.(LEAVE BLANK) C006071

| | 61. NAME: LAST | FIRST | M.I. | 69. SEX | 70. AGE | 71. VEH # | 72. NO. IN VEH. | 73. SEAT NO. | 74. STATUS | 75. FIRST AID | 76. INJURY CLASS | 77. EJECT | 78-1. RE-STRNT. | 78-2. RESTR. PROPR. | 78-3. PASS. RESTR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-1 | Haglid | Bjorn | M | M | 38 | 1 | 2 | 1 | 66 | 72 | 74 | 2 | 2 | 2 | 2 |
| I-2 | Hills | Colleen | – | F | 23 | 1 | 2 | 3 | 67 | 72 | 74 | 2 | 2 | 2 | 2 |
| I-3 | | | | | | | | | | | | | | | |
| I-4 | | | | | | | | | | | | | | | |
| I-5 | | | | | | | | | | | | | | | |

I-1:
62. ADDRESS 101 Stone Tower Ln Wilm DE
63. PHONE 654-3053
64. INJURIES abrassion to Forehead
65. EXAMINED BY DR. Nahba
66. REMOVED BY 97
67. REMOVED TO W.E.R
68. T&R (circled) T&A

I-2:
62. ADDRESS 514 Tryens Rd Aston PA 19014
63. PHONE 610 459-3906
64. INJURIES Locerations to scalp Contussion Lt Foot & Rt Lower Leg.
65. EXAMINED BY DR. Nahba
66. REMOVED BY 97
67. REMOVED TO WER
68. T&R (circled) T&A

I-3, I-4, I-5: 62. ADDRESS 63. PHONE 64. INJURIES 65. EXAMINED BY DR. 66. REMOVED BY 67. REMOVED TO 68. T&R T&A

73. SEAT NO.

CAR: 1 2 3 / 4 5 6 / 7 8 9 — M/C: 1 / 2

9 SW

10=EXT. OF VEHICLE

POSTED SPEED LIMIT
VEHICLE #1 40
VEHICLE #2 40
VEHICLE #3
VEHICLE #4

GENERAL
1. YES
2. NO
3. UNKNOWN
4. N/A
5. PENDING
6. NONE
7. OTHER

74. STATUS
66. DRIVER
67. PASSENGER
68. PEDESTRIAN
69. PEDALCYCLIST

75. FIRST AID
70. POLICE
71. FIREMAN
72. AMBULANCE
73. REFUSED

76. INJURY CLASS
74. POSSIBLE INJURY
75. NON - INCAPACITATING
76. INCAPACITATING INJURY
77. FATAL INJURY

77. EJECTION
78. PARTIALLY EJECTED
79. TOTAL EJECTION
80. NO EJECTION

78. RESTRAINT
LAP BELT ONLY
82. FASTENED
83. NOT FASTENED
LAP & SHOULDER
84. LAP ONLY USED
85. NEITHER USED
86. SHOULDER ONLY
87. BOTH USED

78. RESTRAINT (CONT.)
CHILD RESTRAINTS
88. CHILD RESTR. USED
89. OTHER RESTR. USED
90. NONE USED
MC HELMET
91. NONE USED
92. USED
PASSIVE RESTRAINTS
93. AIR BAG DEPLOYED
94. AIR BAG INOPERABLE
95. AUTO RESTR. USED
96. AUTO RESTR. INOPER.

66. REMOVED
97. AMBULANCE
98. PARAMEDIC
99. HELICOPTER
100. PRIV. OWNED VEH.

81. IF PEDESTRIAN INVOLVED PLACE CODE IN BLOCK
PED. # 1 PED. # 2
101. CROSSING AT INTERS.
102. CROSSING NOT AT INTERS.
103. WALKING WITH TRAFFIC
104. WALKING AGAINST TRAFFIC
105. STANDING
106. PUSH OR WORK ON VEH.
107. OTHER WORKING
108. PLAYING
109. OTHER (DESCRIBE)
110. NOT IN RDW. ANY ACTION

| INVESTIGATING OFFICER | RANK | I.D. NUMBER | 57. SUPERVISOR'S APPROVAL DATE | 58. REVIEWER | 59. |
|---|---|---|---|---|---|
| Andrew J. Hudak | Tpr. | 3366 | [signature] 2118 3/24/03 | | PAGE 4 OF 4 |

M 439 REV. 10/87