# Sacchetta & Baldino
## Attorneys at Law

*Thomas F. Sacchetta
*Gerald B. Baldino, Jr.
Marc T. Sacchetta

Members NJ & PA Bar

*Board-certified as a Civil Trial Advocate
by the National Board of Trial Advocacy

308 East Second Street
Media, PA 19063
Telephone: 610-891-9212
Fax: 610-891-7190

Executive Center Of Greentree
1 Eves Drive, Suite 111
Marlton, NJ 08053
Telephone: 856-985-1359
Fax: 609-267-0666

May 2, 2006

Please Reply To Media

The Honorable Joseph J. Farnan
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Lockbox 27
Wilmington, DE 19801

RE:    **Colleen Hills v. Bjorn Haglid, et al.**
       **C.A. No. 05-172 (JJF)**

Dear Judge Farnan:

Please be advised that the Pretrial Order, which was filed on April 17, 2006, only pertains to plaintiff, Colleen Hills and defendant, Bjorn Haglid. The deadlines have not been agreed upon by counsel for defendant, Lorenzo Romero-Sanchez, as there are issues as to whether defendant, Lorenzo Romero-Sanchez was properly served.

Very truly yours,


/s/ Thomas F. Sacchetta                    /s/ Timothy M. Rafferty
THOMAS F. SACCHETTA                        TIMOTHY M. RAFFERTY

TFS/saz

cc:    Nicholas E. Skiles, Esquire
       Richard Abrams, Esquire