IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLEEN HILLS, | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 05-172-JJF |
| LORENZO ROMERO-SANCHEZ,<br>LINDA PULLMAN and<br>BJORN M. HAGLID, | : |
|     Defendants. | : |

## O R D E R

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order on May 8, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, December 14, 2006 at 9:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial is scheduled to commence **February 13, 2007 at 9:30 a.m.**

May 10, 2006
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE