IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLEEN HILLS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-172-JJF |
| | : |
| LORENZO ROMERO-SANCHEZ, | : |
| LINDA PULLMAN, and | : |
| BJORN HAGLID, | : |
| | : |
| Defendants. | : |

**O R D E R**

At Wilmington, this 24 day of May 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant Sanchez' Motion To Dismiss (D.I. 10) is **DENIED**.

2. Plaintiff shall be given an additional **sixty (60)** days from the date of this Order to effectuate service on Defendant Sanchez.

3. If service is not properly effectuated against Defendant Sanchez and proof filed with the Court within the time frame set forth in this Order, the Court will sua sponte enter an Order dismissing the Complaint against Defendant Sanchez pursuant to Federal Rule of Civil Procedure 4(m).

[signature]
UNITED STATES DISTRICT JUDGE