## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLEEN HILLS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-172-JJF |
| LORENZO ROMERO-SANCHEZ, LINDA PULLMAN and BJORN M. HAGLID, | : |
| Defendants. | : |

## ORDER

At Wilmington this **11th** day of **September, 2006**.

IT IS ORDERED that plaintiff's counsel shall update the Magistrate Judge regarding the status of the case on or before **October 15, 2006.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE