UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

RECEIVED
DEC 15 2006
H&F

| | |
|---|---|
| COLLEEN HILLS, | : |
| | : C.A. No. 05-172 (JJF) |
| Plaintiff, | : |
| v. | : 12 JUROR TRIAL DEMANDED |
| | : |
| LORENZO ROMERO-SANCHEZ, | : |
| LINDA PULLMAN, and | : |
| BJORN HAGLID, | : |
| | : |
| Defendants. | : |

**PARTIAL STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties, through undersigned counsel, that the parties hereby dismiss any and all claims and cross-claims against Defendants Lorenzo Romero-Sanchez and Linda Pullman with prejudice.

BY: _____  DATE: 12 Dec 06
Timothy M. Rafferty, Esquire (I.D. #185)
P. O. Box 609
Hockessin, DE 19707
Attorney for Plaintiff

BY: _____  DATE: 12-15-06
Richard D. Abrams, Esquire (I.D. #2968)
Heckler & Frabizzio
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendants Lorenzo Romero-Sanchez and Linda Pullman

BY: _____  DATE: 11/20/2006
Nicholas E. Skiles, Esquire (I.D. #3777)
Swartz, Campbell, LLC
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19899
Attorney for Defendant Bjorn Haglid

    **SO ORDERED** this _____ day of _____, 2006.

_____
J.

Doc. 309952 / File 16656