# SACCHETTA & BALDINO
## Attorneys at Law

*Thomas F. Sacchetta
*Gerald B. Baldino, Jr.
Marc T. Sacchetta
Bruce H. MacKnight, Jr.

Members NJ & PA Bar

*Board-certified as a Civil Trial Advocate
by the National Board of Trial Advocacy

308 East Second Street
Media, PA 19063
Telephone: 610-891-9212
Fax: 610-891-7190

Executive Center Of Greentree
1 Eves Drive, Suite 111
Marlton, NJ 08053
Telephone: 856-985-1359
Fax: 609-267-0666

January 31, 2007

Please Reply To Media

The Honorable Joseph J. Farnan, Jr.
U.S. District Court, District of DE
J. Cabel Boggs Federal Bldg
844 N. King Street, Rm 4124 Lockbox 27
Wilmington, DE 19801

RE: **Hills v. Haglid, et al.**
**Civil No. 05-172**

Dear Judge Farnan:

Please be advised that the undersigned represents Colleen Hills with regard to the above referenced matter. At this time, we are requesting that Your Honor place the above captioned matter in deferred or inactive status. Based upon the discovery and the information we have at this time, we are pursuing an uninsured motorist claim in Pennsylvania. After discussion with the parties, it makes sense to put this matter in deferred status in anticipation that this will be resolved after the uninsured motorist claims have been concluded. We also request that the Pretrial Conference scheduled for February 8, 2007, be canceled.

Should Your Honor need anything additional or need to discuss this matter in further detail, the parties remain available.

Respectfully,

/s/ Thomas F. Sacchetta
THOMAS F. SACCHETTA

/s/ Timothy M. Rafferty
TIMOTHY M. RAFFERTY

TFS/saz

cc: Nicholas E. Skiles, Esquire (Via Facsimile - (302) 656-1434)
    Richard Abrams, Esquire (Via Facsimile - (302) 573-4806)