IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLEEN HILLS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-172-JJF |
| BJORN HAGLID, | : |

## ORDER

WHEREAS, Plaintiff in the above-captioned action has requested the Court to stay this matter until after the resolution of the uninsured motorist claim she is pursing in Pennsylvania (D.I. 25);

WHEREAS, Defendant has not filed a response to the letter, and the Court concludes that a stay is appropriate in this case;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The above-captioned action is **STAYED** and **ADMINISTRATIVELY CLOSED**.

2. The parties shall file a status report with the Court every ninety (90) days and may seek to reopen this action upon written request.

February 7, 2007
Date

_____
UNITED STATES DISTRICT JUDGE